UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MARITZA MARQUEZ, et al.,                                       :
                                                               :   **ORDER REGULATING**
                                       Plaintiffs,             :   **PROCEEDINGS**
            -against-                                          :
                                                               :   20 Civ. 1974 (AKH)
ANTHONY J. ANNUCCI, et al.,                                    :
                                                               :
                                       Defendants.             :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

   The hearing scheduled for June 25, 2020, at 11:00 a.m., will be held telephonically via the following call-in number:

   Call-in number: 888-363-4749

   Access code: 7518680

   To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Not later than June 23, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

   SO ORDERED.

Dated:  June 22, 2020      _____/s/ Alvin K. Hellerstein_____
      New York, New York    ALVIN K. HELLERSTEIN
                 United States District Judge