UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MARTIZA MARQUEZ, et al,

                       Plaintiff,

   -against-


ANTHONY J. ANNUCCI, et al,

                     Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1974 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On November 20, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, the case management plan is approved without paragraphs 2 and 3. Parties are hereby ordered to appear for a status conference on June 18, 2021 at 10 a.m.


      SO ORDERED.

Dated:   November 20, 2020           _____/s/_____
           New York, New York            ALVIN K. HELLERSTEIN
                                                          United States District Judge