

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA FACSIMILE and ECF**                                June 9, 2021
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York                       So ordered,
500 Pearl Street                                    /s/ Alvin K. Hellerstein
New York, NY 10007                                  Alvin K. Hellerstein
                                                    6/10/21

                Re: Marquez v. Annucci, 20 Civ. 1974 (AKH)

Dear Judge Hellerstein:

    The parties write to request a 15 day extension of the 30 day deadline the Court set on May 10, 2021 to submit the necessary paperwork to formalize the settlement in the above matter as receiving the necessary approvals has taken some time.

    We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/Jeb Harben*

Jeb Harben, Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

cc:    Plaintiffs' Counsel (Via E-Mail)