

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/28/2021

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA FACSIMILE and ECF**                                June 25, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Marquez v. Annucci, 20 Civ. 1974 (AKH)

Dear Judge Hellerstein:

The parties write to request an additional 21 day extension from June 25, 2021 to July 16, 2021 of the deadline to submit the necessary paperwork to formalize the settlement in the above matter. The parties have exchanged drafts, and when finalized, it will take some time for all the necessary persons to execute any agreement.

We thank the Court for its consideration in this matter.

Respectfully submitted,

/s/Jeb Harben
Jeb Harben, Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

cc:    Plaintiffs' Counsel (Via E-Mail)