# THE LEGAL AID SOCIETY CRIMINAL DEFENSE

199 Water Street, 5th Fl.
New York, NY 10038
(212) 577-3564
www.legal-aid.org

Tomoeh Murakami Tse
Staff Attorney
Cell: (646) 584-7046
tmurakamitse@legal-aid.org

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
*Criminal Practice*

David Loftis
*Attorney-in-Charge*
*of Post-Conviction and Forensic Litigation*

July 27, 2021

**VIA FACSIMILE and ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *Maritza and Yancy Marquez v. Annucci et al,*
      20 Civ. 1974 (AKH)

Dear Judge Hellerstein:

We write to advise the Court that agreed upon settlement documents are in the process of being signed by all of the parties. We expect the process to be completed on or before Aug. 10, 2021. Therefore, the parties jointly request that the deadline to submit a fully executed settlement agreement for endorsement by the Court be extended to August 11, 2021.

We thank the Court for its consideration in this matter.

Respectfully submitted,

[signature]

Tomoeh Murakami Tse
Staff Attorney
(646) 584-7046 (mobile)
tmurakamitse@legal-aid.org

Janet E. Sabel
Will A. Page
THE LEGAL AID SOCIETY
Criminal Appeals Bureau
199 Water Street, 5th Floor
New York, New York 10038

*Counsel for Plaintiffs*

[handwritten endorsement: So ordered 7-28-21, signed Alvin K. Hellerstein]

cc.:   John D. Winter & Christina M. Seda-Acosta (co-counsel for Plaintiffs)
       Jeb Harben, Assistant Attorney General (counsel for Defendants)
       (via Email)

**Justice in Every Borough.**